IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br><br>SIMMONS, PERRY O. AND TRACI D.<br><br>Debtors. | Case No. 09-15208-TMW<br>(Chapter 7) |

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW Joel C. Hall, Trustee, of the above captioned bankruptcy matter, pursuant to Rule 3010 Fed.R.Bankr.P and reports to the Court Clerk the following are dividends in an amount under $5.00 and should be treated in the same manner as unclaimed funds.

| **Claimant** | **Amount** |
|---|---|
| Roundup Funding, LLC<br>MS 550<br>PO box 91121<br>Seattle, WA  98111-9221 | $4.65 |

Checks made payable to the United States Bankruptcy Court are attached hereto for deposit into unclaimed funds.

Date: <u>September 23, 2010</u>

s/Joel C. Hall
Joel C. Hall, #13643
3030 Oklahoma Tower
210 West Park Avenue
Oklahoma City, OK  73102
(405) 232-3800

Date: 09/23/10                                            Page:

# DIVIDENDS REMITTED TO THE COURT

Case Number 09-15208 - SIMMONS, PERRY O.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Roundup Funding, LLC**<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | 000007 | 169.54 | 4.65 |
| ---------- Remittance Total --------------- | | 169.54 | 4.65 |

_____
JOEL HALL, TRUSTEE